

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00339-CV

| | | |
|---|---|---|
| Acadia Healthcare Company, Inc.; Psychiatric Resource Partners, Inc.; Michael A. Saul; Timothy J. Palus; Peter D. Ulasewicz; Barbara H. Bayma; and John M. Piechocki | § | From the 16th District Court |
| | § | of Denton County (2011-10846-16) |
| | § | February 26, 2015 |
| v. | | |
| Horizon Health Corporation | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court awarding Horizon Health Corporation future-lost-profit damages is reversed and we render a take-nothing judgment on Horizon's claims upon which the jury awarded damages for future lost profits. We reverse that portion of the trial court's judgment awarding exemplary damages jointly and severally against Acadia and PRP and render judgment that the exemplary damages are not awarded jointly and severally. We also reverse the trial court's judgment regarding attorneys' fees and remand for a new trial on attorneys' fees.

We affirm the remainder of the trial court's judgment conditioned on our suggestion of remittitur by Horizon of $1,529,803.04 in exemplary damages no

later than thirty days after the date of this judgment. Upon timely remittitur, we will reform the amount of exemplary damages awarded in the trial court's judgment and affirm the remaining portions of the judgment as reformed. If Horizon does not timely file the remittitur, we will reverse the trial court's judgment for a new trial on Horizon's claims upon which Horizon prevailed and was awarded damages that were supported by sufficient evidence.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel